2/15/19

IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINIOS

DAMIEN WALKER (PRO-PER)
(DAMIEN WALKER-BEY PRO-PER), CASE NO: 17 C 3002
V
COOK COUNTY, Et al.,
CHIEF JUDGE:
RUBEN CASTILLO

FILED
FEB 26 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Amended Complaint

(1) Superintendant Jones and staff, classified plaintiff in maximum security division 9, and reclassified plaintiff back to maximum security division 9, after the first incident took place. (Jump by 17 gang members "Savage life"). Plaintiff had been charged with a simple possession.

(2) Also, Superintendant Jones had been cooperating with Savage life gang members to curve violence. Meaning, he was collecting weapons (knives) from gang members, in return for Savage life gang members to be let out of segregation.

(3) After being jumped by 17 gang members plaintiff was reclassified to the same division 9, different tier, exposing plaintiff to harm by Savage life gang members.

(4) As Plaintiff address in his previous complaint, upon admission to CCDOC in 2016, Plaintiff was taken out of court and held in CCDOC for a psychological evaluation, for self-representation. (Permanent facility Stateville NRC, allege parole violator).

(5) The evaluation took place the following day. Plaintiff spoke to and sent a request form to Superintendant Jones, and counselor on numerous occasions explaining the predicament. (Property left behind in Stateville NRC, court papers and documents, and asking to be transferred back to Stateville NRC and remove from harm.

(6) Superintendant Jones stated "Give me a day or so". Upon Plaintiffs belief, he was not suppose to be there in Division 9.

(7) WHEN THE THREATS AND INCIDENTS BEGAN TO ESCALATE, PLAINTIFF PACKED UP HIS PROPERTY AND REQUESTED TO BE PLACED IN SEGREGATION. C/O UNKNOWN JOHN DOE SAID SUPPOSEDLY, NO ROOM WAS AVAILABLE NO WHERE.

(8) THE PLAINTIFF WAS MACED IN THE FACE BY C/O'S, AFTER BEING ATTACK BY 17 GANG MEMBERS.

(9) PLAINTIFF SUFFERED BRUISED RIBS, LIPS AND OTHER PAINS AFTER THIS INCIDENT.

(10) PLAINTIFF REFUSED TO PURSUE CHARGES, AFTER BEING QUESTION BY JAIL STAFF.

(11) SUPERINTENDANT JONES SAID: " THE GUYS WHO JUMPED PLAINTIFF WAS COWARDS" HE SAID THIS OUTLOUD AND SPOKE WITH PLAINTIFF, AFTER PLAINTIFF WAS MOVED TO ANOTHER TIER IN DIVISION 9 →

AFTER THE FIRST INCIDENT.

(12) IN THE SECOND INCIDENT PLAINTIFF GOT JUMPED AGAIN, AND GOT HIS JAW BROKEN ON BOTH SIDES.

(13) PLAINTIFF WAS TAKEN TO MOUNT SINAI HOSPITAL, TO HAVE HIS JAW SET BACK IN PLACE, AFTER HAVING 2 PLATES & SCREWS PUT IN, AND SUFFERING PERMANENT NERVE DAMAGE IN THE LEFT LOWER JAW.

(14) PLAINTIFF USE THE GRIEVANCE SYSTEM TO REPORT THIS ABUSE. PLAINTIFF WAS NOT GIVEN AN OPPORTUNITY TO PRESS CHARGES, NOR WAS THERE A THOROUGH INVESTIGATION DONE TO PLAINTIFF'S KNOWLEDGE. INCIDENT WENT PUBLIC (WGN 9 NEWS) BECAUSE THERE WAS BETWEEN 4-9 INCIDENTS THAT TOOK PLACE WITH SAVAGE LIFE GANG MEMBERS IN DIVISION 9. THIS SAME DAY. SIMULTANEOUSLY

(15) SUPERINTENDANT SONES AND JOHN DOE (C/O UNKNOWN) REFUSAL TO MOVE OR OTHERWISE RECLASSIFY/TRANSFER PLAINTIFF EXPOSURE TO THOSE GANG MEMBERS, AMOUNTED TO SERIOUS HARM.

(16) THE PLAINTIFF SHOULD HAVE BEEN REMOVE FROM THAT ENVIRONMENT NO MATTER HIS SITUATION.

(17) PLAINTIFF MENTION TOM DART, BECAUSE HE IS THE DEPUTY SHERIFF AND SUPERVISOR OF CORRECTION STAFF AND POLICY.

(18) UPON PLAINTIFF belief, WHEN HE FIRST ENTERED THE CCDOC (SNATCHED OUT OF COURT, PUT IN A TIER AT AROUND 3:00 AM) HE WAS TOLD BY SUPERINTENDANT SONES THE NEXT DAY, HE WOULD BE MOVED, HE WAS NOT SUPPOSE TO BE THERE IN DIVISION 9. Indicating Something WAS WRONG, WITH PLAINTIFF BEING IN THIS LOCATION WITH SAVAGE LIFE GANG MEMBERS.

(4) ~~Prison officials act with deliberate indifference when they ignore~~

(19) Plaintiff was under the impression he would be moved to another Division, or back to Stateville NRC where all of his property was located (snatched out of court for evaluation — self-representation).

(20) Plaintiff refuse lock up with (C/O unknown) John Doe, requesting to go to segregation, only to be told there was no room available.

(21) For Plaintiff to suffer serious injuries; Tom Dart, Superintendant Jones and John Doe (unknown C/O) are apart of this complaint.

(22) For these reasons Plaintiff is amending this complaint.



(23) RELIEF REQUEST:

COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES, AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

Respectfully Submitted
Damien Walker-Bey
WITHOUT PREJUDICE
1-308 (1-207)

OFFICIAL SEAL
K SANKEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05/02/20

K Sankey
2/15/19

Without Prejudice
1-308
Damien Walker-Bey
2-15-19

Case: 1:17-cv-03002 Document #: 45 Filed: 02/26/19 Page 11 of 12 PageID #:123

~~STATE OF ILLINOIS~~
~~IN THE CIRCUIT OF COOK COUNTY~~

PEOPLE OF THE STATE OF ILLINOIS
vs.
ANTHONY WILLIAMS

<18n>

Damien Walker-Bey # 20191027188
P.O. Box 089002
Chicago, IL 60608



02/26/2019-23

PRISONER CORRESPONDENT
United State District Court
219 S Dearborn Street 20TH Floor
Chicago, IL 60604